UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LENNY JOSEPH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-0546** |
| **DARRELL VANNOY** | **SECTION: "F"(3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Lenny Joseph is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  19th  day of    August   , 2016.

_____
**UNITED STATES DISTRICT JUDGE**